# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :  MAGISTRATE NO.: 20-16026

v. :

Joshua Legston :  CRIMINAL ACTION

:  ORDER OF RELEASE

The Court orders the defendant, **Joshua Legston**, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Submit to drug testing and treatment, as deemed necessary;

(4) Other: _____

_____    1/23/20
DEFENDANT                          DATE

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

1/23/2020
DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

U.S. PRETRIAL SERVICES OFFICER